UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:25-02553 AH (ADS)                                  Date: April 22, 2025

Title: *Edwige Mondesir v. The People of Ventura*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                                            None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE ADDRESS**

On two occasions mail sent to Petitioner Edwige Mondesir's address of record was returned to the Court as undeliverable. (See Dkt. Nos. 6, 9.) Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Petitioner is ORDERED TO SHOW CAUSE **by no later than April 30, 2025**, why this action should not be dismissed for failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address by April 30, 2025, will discharge this Order to Show Cause.

If Petitioner no longer desires to pursue this action, Petitioner may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience. **Petitioner is hereby cautioned that failing to comply with this Order may result in the recommendation that this action be dismissed for failure to prosecute, obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

   **IT IS SO ORDERED.**

                                                                                        Initials of Clerk: kh